**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Whaleco Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kape Technologies (Cyprus) Limited, *et al.*,<br><br>　　　　　Defendants. | No. CV-23-02578-PHX-JJT<br><br>**ORDER** |

At issue is the *Ex Part*e Emergency Motion for Temporary Restraining Order and, Upon Notice and Hearing, Motion for Preliminary Injunction, and Motion for Order Authorizing Alternative Service (Doc. 10), in which Plaintiff Whaleco Inc. requests in part an *ex parte* temporary restraining order to temporarily and preliminarily enjoin Defendants ABC Corporation 1-7, and John Doe 1-7 (collectively, "Unknown Defendants") pending a trial on the merits. The Court resolves Plaintiff's request for Temporary Restraining Order and authorization for alternative means of service without oral argument. LRCiv 7.2(f). Having considered the Motion and the supporting Memorandum of Points and Authorities, Verified Complaint (Doc. 1), and evidence:

**THE COURT HEREBY FINDS THAT**:

　　　　1)　　Plaintiff has shown that a Temporary Restraining Order without notice under Fed. R. Civ. P. 65(b)(1) is appropriate because irreparable injury, loss, or damage to reputation and goodwill will result to Plaintiff before Unknown Defendants can be heard

in opposition, as detailed below.

2) Plaintiff is likely to succeed on the merits of its trademark infringement and unfair competition claims under 15 U.S.C. § 1114, 15. U.S.C. § 1125, and Arizona common law because Plaintiff has demonstrated protectable rights in the TEMU trademark and associated logo (the "TEMU Marks"), and that the Unknown Defendants are using marks likely to cause consumer confusion;

3) Plaintiff is likely to succeed on the merits of its counterfeiting claim under 15 U.S.C. §§ 1114(1)(b), 1116(d) because Plaintiff has demonstrated the Unknown Defendants have used and continue to use counterfeits of the federally registered TEMU Marks in connection with the advertising of goods or services, which is likely to cause consumer confusion, mistake, or deception;

4) Plaintiff is likely to succeed on the merits of its trademark dilution claim under 15 U.S.C. § 1125(c) and A.R.S. § 44-1448.01 because Plaintiff has demonstrated that the TEMU Marks are famous and distinctive, that the Unknown Defendants began using the TEMU Marks in commerce after the TEMU Marks became famous and distinctive, and that the Unknown Defendants acted willfully with intent to trade on Whaleco's reputation and goodwill and to cause dilution of the famous TEMU Marks, and that the Unknown Defendants' use is likely to dilute the TEMU Marks;

5) Plaintiff will suffer irreparable harm if the Court does not order the Unknown Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them having notice of this Order, including any domain name registrars, domain name registries or their administrators, website hosting service providers, and platform operators facilitating the Unknown Defendants' infringement, to

    (a) remove the TEMU Marks and the pirated copies of Whaleco's mobile application software ("Infringing Apps") from any websites found at the following domain names: www.apkmody.io, www.baixarapk.gratis, www.downlody.com, www.jojoy.io, www.latestmodapks.com, www.modsforandroid.com, and www.safeapphub.com (the "Infringing Platforms");

(b) provide to Plaintiff all contact information within their knowledge and control for the owners and/or operators of the Infringing Platforms and the Infringing Apps; and

(c) identify any other persons responsible for posting the TEMU Marks and Infringing Apps on the websites listed in the Complaint;

6) The balance of hardships tips in favor of Plaintiff because issuance of a temporary restraining order without notice under Federal Rule of Civil Procedure 65(b) will merely prevent the Unknown Defendants from earning illicit profits, while failure to issue the restraining order will cause Plaintiff to suffer additional irreparable injury to its reputation and goodwill; and

7) The public interest is served by preventing consumer confusion/deception and protecting consumers from the threat of identity theft, malware, and/or other cybercrimes.

**IT IS HEREBY ORDERED** granting in part Plaintiff's *Ex Parte* Emergency Motion for Temporary Restraining Order and, Upon Notice and Hearing, Motion for Preliminary Injunction, and Motion for Order Authorizing Alternative Service (Doc. 10), to the extent it seeks a Temporary Restraining Order and authorization for an alternative means of service.

**IT IS FURTHER ORDERED** that, pending a preliminary injunction hearing or a full trial on the merits, the Unknown Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them having notice of this Order, including any domain name registrars, domain name registries or their administrators, website hosting service providers, and platform operators shall immediately:

A. Disable access to the listings below as well as any other listings on any distribution platform that the Unknown Defendants operate or control where a download purported to be the TEMU App is offered, so they are no longer accessible to Internet users for the pendency of this litigation:

        i.       https://apkmody.io/apps/temu

        ii.      https://baixarapk.gratis/en/app/1641486558/temu-team-up-price-down

        iii.     https://en.downlody.com/temu/

        iv.     https://jojoy.io/apps/temu/

        v.      https://latestmodapks.com/temu-apk/

        vi.     https://gl.modsforandroid.com/en/app/1641486558/temu-shop-like-a-billionaire#google_vignette

        vii.    https://safeapphub.com/app?app=com.einnovation.temu

B.    Cease all use of the TEMU Marks or any reproduction, counterfeit, copy, or colorable imitation of the TEMU Marks on the following webpages and any other webpages that the Unknown Defendants control or operate:

        i.       www.apkmody.io,

        ii.      www.baixarapk.gratis,

        iii.     www.en.downlody.com,

        iv.     www.jojoy.io,

        v.      www.latestmodapks.com,

        vi.     www.gl.modsforandroid.com, and

        vii.    www.safeapphub.com.

C.    Administratively lock all webpages identified in (A)-(B) above and/or take any measure required to prevent the Unknown Defendants or any third party from accessing or downloading the content of the webpages identified in (A)-(B) and/or transferring such content to another domain name or hosting service, pending further Order of this Court; and

D.    Provide to Plaintiff's counsel all known contact information of the operators and/or owners of the Infringing Platforms and the Infringing Apps identified in (A)-(B) above, including name, physical and email address, and phone number(s), in no less than five (5) business days from the date of notice of this

Order.

**IT IS FURTHER ORDERED** that, under Fed. R. Civ. P. 65(c), Plaintiff shall deposit a nominal security bond of $1,000 because the evidence indicates that the Unknown Defendants will suffer only, if at all, minimal damage by the issuance of this temporary restraining order and injunction.

**IT IS FURTHER ORDERED** that, pending a preliminary injunction hearing or a full trial on the merits, the Unknown Defendants, their officers, agents, servants, employees, attorneys, and all those in active concert or participation with them having notice of this Order, are TEMPORARILY RESTRAINED from violating the TEMU Marks by:

 i. Using, registering, or seeking to use or register any name, mark, trade name, company name, domain name, source identifier, or designation comprised of or containing the TEMU mark, logo, or any similar term(s) or design in any manner likely to cause confusion with Whaleco and/or the TEMU Marks or to otherwise injure Whaleco and/or its goodwill and reputation;

 ii. Representing, by any means whatsoever, directly or indirectly, that the Unknown Defendants, their services/goods, and/or their activities originate from, are sponsored by, or are associated, affiliated, or connected with Whaleco in any way;

 iii. Engaging in acts that constitute trademark infringement, counterfeiting, dilution, false designation of origin, or unfair competition that would damage or injure Whaleco's business reputation or damage or dilute the value of the TEMU Marks;

 iv. Offering the Infringing Apps on the Infringing Platforms or any other website, webpage, or parked page under the Unknown Defendants' operation or control;

 v. Creating, operating, owning, overseeing, or otherwise exercising control over the Infringing Platforms and/or any infringing website, webpage, or

        parked page embedding, incorporating, including, or otherwise displaying any of the TEMU Marks, or any version of Whaleco's names in promotional, advertising, or pay-per-click campaigns; and

    vi.    Assisting, aiding, and/or abetting any other person or business entity in engaging in or performing any of the above activities.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3) and Ariz. R. Civ. P. 4.1(k)(1), sufficient cause being shown therefore, counsel for Plaintiff shall **within 48 hours of entry of this Order** serve a copy of this Order, the Complaint (Doc. 1), and all papers filed in support of this Order on the Unknown Defendants via email to the addresses identified below:

| Defendant/Domain Name | Email Address |
|---|---|
| ABC Corporation 1 and/or John Doe 1/www.apkmody.io | • WHOIS record email – TBD<br>• Support @akpmody.io |
| ABC Corporation 2 and/or John Doe 2/www.aixarapk.gratis | • WHOIS record email – TBD<br>• 6525a1b92f354be2a114c2c09a86c5d6.protect@withheld foroprivacy.com |
| ABC Corporation 3 and/or John Doe 3/www.downlody.com | • WHOIS record email - TBD<br>• info@downlody.com |
| ABC Corporation 4 and/or John Doe 4/www.jojoy.io | • WHOIS record email - TBD |
| ABC Corporation 5 and/or John Doe 5/www.latestmodapks.com | • WHOIS record email - TBD<br>• admin@latestmodapks.com |

| Defendant/Domain Name | Email Address |
|---|---|
| ABC Corporation 6 and/or John Doe 6/www.modsforandroid.com | - WHOIS record email - TBD<br>- 558f2b7994324950b05db05c8bab033c.protect@withheldforprivacy.com |
| ABC Corporation 7 and/or John Doe 7/www.safeapphub.com | - WHOIS record email - TBD<br>- copyright@safeapphub.com.me |
| | |

Further, pursuant to Fed. R. Civ. P. 4(f)(3) and Ariz. R. Civ. P. 4.1(k)(1), sufficient cause being shown therefore, counsel for Plaintiff shall **within 48 hours of entry of this Order** serve a copy of this Order, the Complaint (Doc. 1), and all papers filed in support of this Order on Namecheap (by email to legal@namecheap.com), GoDaddy (by email to courtdisputes@godaddy.com), Sarek Oy (by email to abuse@sarek.fi), and any other relevant internet service provider, with instructions to the registrars to forward such papers to any and all email and mailing address(es) known to the registrar to be associated with the Infringing Platform's domain names: www.apkmody.io, www.baixarapk.gratis, www.en.downlody.com, www.jojoy.io, www.latestmodapks.com, www.gl.modsforandroid.com, and www.safeapphub.com.

**IT IS FURTHER ORDERED** that Unknown Defendants shall file any Response to Plaintiff's Motion (Doc. 10), to the extent it seeks a Preliminary Injunction, by **January 22, 2024**. Plaintiff may file any Reply by **January 29, 2024**.

**IT IS FURTHER ORDERED** setting a hearing on Plaintiff's Motion (Doc. 10), to the extent it seeks a Preliminary Injunction, for **February 13, 2024, at 2:00 p.m. (Arizona time)** before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** that if, after timely service, any Defendant fails to file an opposition to the Motion for Preliminary Injunction (Doc. 10) or fails to appear at

1 the hearing, the Court will deem either failure to be the Defendant's consent to the Motion being granted. *See* LRCiv 7.2(i).

**IT IS FURTHER ORDERED** that, under Fed. R. Civ. P. 65(b)(2), the Court extends the effectivity of this Temporary Restraining Order to 38 days from the date and hour entered to account for the fact that Defendants and internet service providers are located in foreign countries and to allow time for briefing and a hearing on Plaintiff's Motion for Preliminary Injunction.

Dated this 8th day of January, 2024, at 11:30 a.m. (Arizona time).

Honorable John J. Tuchi
United States District Judge